IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREEK STYLES,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 23-3755 |
| | : | |
| **WARDEN ORTIZ,** *et al.* | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 21st day of November 2023, upon consideration of Tyreek Styles's motion to proceed in forma pauperis (DI 4), Prisoner Trust Fund Account Statement (DI 5), and pro se complaint (DI 1), it is **ORDERED**:

1. Mr. Styles's motion for leave to proceed in forma pauperis (DI 4) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Tyreek Styles, #69304-066, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Warden of the Federal Medical Center – Lexington ("FMC Lexington") or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Styles's inmate account; or (b) the average monthly balance in Mr. Styles's inmate account for the six-month period immediately preceding the filing of this case.  The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Mr. Styles's inmate trust fund account exceeds $10.00, the Warden of FMC Lexington or other appropriate official shall forward payments to the Clerk of Court

equaling 20% of the preceding month's income credited to Mr. Styles's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

    3.    The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of FMC Lexington.

    4.    The Complaint is **DEEMED** filed.

    5.    Mr. Styles's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

    6.    The Clerk of Court shall **CLOSE** this case.

    /s/ *John F. Murphy*
    **MURPHY, J.**